**Steven DORSEY, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

March 18, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of March, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED.**